**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO JACOBO RAMOS, | ) NO. CV 15-5511-SJO(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| THE STATE OF CALIFORNIA, et al., Warden (John/Jane Doe), | ) |
| Respondents. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 23, 2015.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE